STATE OF OREGON,
*Respondent,*

*v.*

MONTE LANE NEVILLS,
*Appellant.*

(No. 79-66C, CA 17763)

620 P2d 509

Enver Bozgoz, Klamath Falls, argued the cause and filed the brief for appellant.

John C. Bradley, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor General, Salem.

Before Richardson, Presiding Judge, and Thornton and Buttler, Judges.

PER CURIAM.

Affirmed. *State v. Patton,* 47 Or App 169, 613 P2d 1102 (1980).

BUTTLER, J., dissenting opinion.

**BUTTLER, J.,** dissenting.

I respectfully dissent for the same reasons I stated in my dissent in *State v. Brown,* 49 Or App 75, 618 P2d 1318 (1980).